IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTUANE BARNES AND JANE BARNES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF OKLAHOMA CITY *ex rel* )<br>OKLAHOMA CITY POLICE )<br>DEPARTMENT, et al., )<br>)<br>Defendants. ) | Case No. CIV-10-1338-D |

## NOTICE OF DEPOSITION

Notice is hereby given that the Defendants, Oklahoma City Police Officers Oklahoma City Police Officers Robert Skalla, Brad Ruimveld and Chad Vontungeln will take the depositions upon oral examination of the Plaintiffs at the time and place hereinafter set forth:

> Jane Barnes, at 9:30 a.m. on Wednesday, June 13, 2012, at the offices of D&R Reporting and Video, Inc., 400 North Walker, Suite 160, Oklahoma City, OK 73102
>
> Antuane Barnes, at 9:30 a.m. on Thursday, June 14, 2012, at the offices of D&R Reporting and Video, Inc., 400 North Walker, Suite 160, Oklahoma City, OK 73102

to be used as evidence in the trial of the above cause, to be taken before a certified reporter. The taking of these depositions may be adjourned and continued from day to day at the same place and between the same hours until it is completed.

Respectfully submitted,

/s/ Susan Ann Knight
Susan Ann Knight, OBA #14594
Manchester & Knight, PLLC
One Leadership Square, Suite 800 N
211 North Robinson
Oklahoma City, Oklahoma, 73102
Telephone: (405)235-4671
Facsimile: (405)235-5247
Attorney for Defendants, Oklahoma City Police
Officers Robert Skalla, Brad Ruimveld and Chad
Vontungeln

## CERTIFICATE OF MAILING

This is to certify that on this 15th day of May, 2012, a true and correct copy of the above and foregoing was served on the following, who are registered participants of the ECF System:

Brittany M. Novotny
Brittany M. Novotny & Associates
A Professional Ltd. Liability Co.
401 North Hudson Ave.
Oklahoma City, OK 73102

M. Kathi Rawls
Rawls Law Office PLC
2404 South Broadway
Moore, OK 73160

Richard C. Smith
Jennifer Warren
Municipal Counselor's Office
200 North Walker
Oklahoma City, OK 73102

/s/ Susan Ann Knight
Susan Ann Knight