# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTUANE BARNES, and <br> JANE BARNES, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF OKLAHOMA CITY, *ex rel.* <br> OKLAHOMA CITY POLICE DEPARTMENT, et al. <br><br> Defendants. | Case No.: CIV-10-1338-D |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiffs and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismiss without prejudice all claims against Defendants the City of Oklahoma City, Officer Robert Skalla, Officer Brad Ruimveld, and Officer Chad Vontungeln. Plaintiffs and Defendants are to pay their own costs and attorney fees.

Respectfully submitted,

/s/ M. Kathi Rawls
M. Kathi Rawls, OBA #18814
Rawls Law Office, PLLC
2404 S. Broadway
Moore, Oklahoma 73160
Phone: 405-912-3225
Facsimile: 405-703-2769
Attorney for Plaintiffs

and

1

                                /s/ Susan Ann Knight
                                Susan Ann Knight, OBA #14594
                                Manchester & Knight, PLLC
                                One Leadership Square, Suite 800N
                                211 North Robinson
                                Oklahoma City, Oklahoma 73102
                                Telephone: (405) 235-4671
                                Facsimile: (405) 235-5247
                                Attorney for Defendants Skalla, Ruimveld,
                                and Vontungeln

                                and

Prepared By:        /s/ Jennifer M. Warren
                                Richard C. Smith, OBA #8397
                                Jennifer M. Warren, OBA #30284
                                Assistant Municipal Counselors
                                200 N. Walker, Suite 400
                                Oklahoma City, OK 73102
                                (405) 297-2451 Fax: (405) 297-3851
                                Attorneys for Defendant City
                                jennifer.warren@okc.gov